**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2173**

RICHARD R. CADMUS, JR.,

Plaintiff - Appellant,

v.

FREDERICK COUNTY SHERIFF'S OFFICE; ROBERT T. WILLIAMSON, Sheriff; LEONARD MILHOLLAND, Former Winchester City Sheriff; ELIZABETH KELLAS BURTON, Judge; JOHN DOES 1-25,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Michael F. Urbanski, District Judge. (5:15-cv-00053-MFU-JCH)

Submitted: March 30, 2017                    Decided: April 3, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Richard R. Cadmus, Jr., Appellant Pro Se. Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia; Erin Rose McNeill, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard R. Cadmus, Jr., seeks to appeal the district court's order adopting the magistrate judge's report dismissing some of Cadmus' claims with prejudice and others without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). We conclude that the order Cadmus seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623-24, 629-30 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction, and remand to the district court with instructions to allow Cadmus to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*